UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ____First____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Yamil Garcia    CASE NO.: 16-19057-LMI
Last Four Digits of SS# 1807

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 130.00 _____ for months ____1____ to ____36____ ;
B.  $ _____ for months _____ to _____ ;
C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fees and Costs - $ 3650.00 TOTAL PAID $ 975.00
Balance Due      $ 2675.00  payable $ 111.46 /month (Months __1__ to __24__ )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.                      Arrearage on Petition Date    $_____
Address:                Arrears Payment $_____/month (Months ____ to ____) and
                        Regular Payment $_____/month (Months ____ to ____) and

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
               Payable     $_____/month (Months____to____).
               Regular Payment $_____

Unsecured Creditors:  Pay $ 5.54 /month (Months __1__ to __24__ ) and pay $ 117.00 /month (Months __25__ to __36__ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Wells Fargo for mortgage to be treated outside the plan.  Ally Financial for 2007 Kia Sorrento to be paid by father.

_____
Debtor
Date: 8/9/16

LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*